UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

MARK JENKINS,

          Defendant.

Case No. CR13-206-JLR

**DETENTION ORDER**

Offenses charged:

    Conspiracy to Unlawfully Deal in Firearms and Felon in Possession of Firearms.

Date of Detention Hearing: July 16, 2013.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

    Defendant has an extensive and lengthy criminal history. He has serious substance abuse problems and a lengthy record of assaultive conduct. He is charged with a serious offense and

DETENTION ORDER - 1

faces substantial prison time if convicted. Given the alleged offense and his past criminal history, defendant poses a serious risk of danger to the community.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 16th day of July, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge